BEFORE THE SECOND DIVISION, JULY 24, 1947

No. 51852.—Merrill, Clark & Meinig, Inc. v. United States, protests 494610–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.